656 A.2d 436

IN THE MATTER OF PHILIP J. BATTAGLIA,
AN ATTORNEY AT LAW.

April 27, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **PHILIP J. BATTAGLIA** of **CLIFTON,** who was admitted to the bar of this State in 1981, be suspended from the practice of law for a period of three months for the possession of cocaine, conduct in violation of *RPC* 8.4(b), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are hereby adopted and respondent is suspended from practice for a period of three months, effective May 22, 1995, and until the further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said **PHILIP J. BATTAGLIA** as an attorney at law of the State of New Jersey; and it is further

ORDERED that **PHILIP J. BATTAGLIA** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **PHILIP J. BATTAGLIA** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.